UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LONG and HALL | CIVIL ACTION NO. 05-0004 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| CITY OF ALEXANDRIA, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

REPORT AND RECOMMENDATION

Plaintiff failed to appear for a status conference in this case on October 18, 2005 as ordered by the court. I issued an Order that plaintiffs must advise the court of the name of new counsel or advise the court that plaintiffs would represent themselves no later than November 18, 2005, in default of which the case would be dismissed. Since that time, plaintiffs have failed to comply with the Order. In addition, plaintiffs failed to appear for the rescheduled status conference on November 8, 2005.

Therefore, IT IS RECOMMENDED THAT this case be dismissed for failure of plaintiffs to comply with this court's orders.

**OBJECTIONS**

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have ten (10) business days from service of this Report and Recommendation to file specific, written objections with the clerk of court. A party may respond to another party's objections within ten (10) days after being served with a copy thereof. A courtesy copy of any objection or response or

request for extension of time shall be furnished to the district judge at the time of filing. Timely objections will be considered by the district judge before he makes his final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UN-OBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED in chambers, in Alexandria, Louisiana, on this the 12th day of December, 2005.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE