
UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| NORRIS LONG and MATTIE HALL | CIVIL ACTION NO. 05-0004-A |
| -vs- | JUDGE DRELL |
| CITY OF ALEXANDRIA, et al. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein, to which there are no objections, and concurring with the magistrate judge's findings under the applicable law,

IT IS ORDERED that plaintiffs' case is DISMISSED WITHOUT PREJUDICE.

SIGNED on this 19th day of January, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE